151 A.3d 970

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. QUAMI COOK, DEFENDANT-PETITIONER.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005928-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 970

SALVATORE F. CARFARO, PLAINTIFF, AND ELLEN M. CARFARO, PLAINTIFF-PETITIONER, v. BLUE HAVEN POOLS NORTHEAST, INC. D/B/A BLUE HAVEN POOLS, AND CENTURY GUNITE, LLC, DEFENDANTS-RESPONDENTS, AND JAMES FARMER, DEFENDANT.AND ANOTHER RELATED CASE

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2803/2889-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs.